DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## STATE v. MORRISON

No. 111 PC.

Case below: 19 N.C. App. 717.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974.

## STATE v. NETTLES

No. 22.

Case below: 20 N.C. App. 74.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 February 1974.

## STATE v. PEARSON

No. 124 PC.

Case below: 20 N.C. App. 203.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974.

## STATE v. PENLAND

No. 21.

Case below: 20 N.C. App. 73.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 January 1974.

## STATE v. POTTER

No. 140 PC.

Case below: 20 N.C. App. 292.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 5 February 1974.